UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Esther Salas, U.S.D.J. |
| v. | : | Crim. No. 22-31 (ES) |
| KENDRY TINEO-RESTITUYO | : | <u>ORDER FOR DISMISSAL</u> |

     Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Philip R. Sellinger, the United States Attorney for the District of New Jersey, hereby dismisses the Superseding Indictment, Crim. No. 22-31 (ES), as to defendant Kendry Tineo-Restituyo, which was returned on May 10, 2022, charging the defendant with: (1) conspiracy to deprive rights under color of law, in violation of 18 U.S.C. § 241 (Count 1); (2) deprivation of rights under color of law, in violation of 18 U.S.C. §§ 242 and 2 (Count 2); (3) falsification of record, in violation of 18 U.S.C. §§ 1519 and 2 (Count 3); and (4) falsification of record, in violation of 18 U.S.C. § 1519 (Count 5), because further prosecution of these charges is not in the interests of the United States at this time.

     This dismissal is without prejudice.

<i>Philip R. Sellinger</i><br>
PHILIP R. SELLINGER<br>
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HONORABLE ESTHER SALAS
United States District Judge

Dated: February 15, 2024